## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                              §
                                                    §
GINSBERG, STEVEN FIELDING                           §          Case No. 08-30836 PSH
                                                    §
                        Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

  1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on              .

  2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

  3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

  4.  The trustee realized gross receipts of                    $

                        Funds were disbursed in the following amounts:

                        Payments made under an interim
                        disbursement
                        Administrative expenses
                        Bank service fees
                        Other payments to creditors
                        Non-estate funds paid to 3rd Parties
                        Exemptions paid to the debtor
                        Other payments to the debtor

                        Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/CATHERINE STEEGE _____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 08-30836 | PSH | Judge: PAMELA S. HOLLIS |
|---|---|---|---|
| Case Name: | GINSBERG, STEVEN FIELDING | | |

For Period Ending:   05/02/14

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Date Filed (f) or Converted (c): | 11/12/08 (f) |
| 341(a) Meeting Date: | 12/19/08 |
| Claims Bar Date: | 06/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. CASH | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 2. Citibank Joint Checking Account #xxxx8477 | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,600.00 |
| 3. National City Bank Joint Checking account #xx8722 | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 4. National City Bank Joint Checking #xxx5302 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Television, couch and chairs | 6,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Paintings | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Suits | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 8. Ring | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Golf Clubs, Bicycles | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Capital Account at Levenfeld Pearlstein LLC | 180,000.00 | 180,000.00 | | 45,768.55 | FA | 0.00 | 0.00 |
| 11. 2005 Volvo SUV | 8,165.00 | 0.00 | | 0.00 | FA | 0.00 | 3,500.00 |
| 12. NW Mutual #16480113 | 2,000.00 | 0.00 | | 0.00 | FA | 0.00 | 2,000.00 |
| 13. NW Mututal #15838569 | 5,000.00 | 0.00 | | 0.00 | FA | 0.00 | 5,000.00 |
| 14. NW Mutual #15338601 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| | | | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

Case No:     08-30836     PSH   Judge: PAMELA S. HOLLIS

Case Name:   GINSBERG, STEVEN FIELDING

Trustee Name:                CATHERINE STEEGE

Date Filed (f) or Converted (c):   11/12/08 (f)

341(a) Meeting Date:               12/19/08

Claims Bar Date:                   06/07/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Banner #178802140 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. BrightStart for Son #5000076436 | 61,000.00 | 0.00 | | 0.00 | FA | 0.00 | 61,000.00 |
| 17. BrightStart for daughter #5000068908 | 22,000.00 | 0.00 | | 0.00 | FA | 0.00 | 22,000.00 |
| 18. Levenfeld Pearlstein Retirement Plan | 100,000.00 | 0.00 | | 0.00 | FA | 0.00 | 100,000.00 |
| 19. National City Bank IRA | 80,000.00 | 0.00 | | 0.00 | FA | 0.00 | 80,000.00 |
| 20. Fidelity IRA | 23,000.00 | 0.00 | | 0.00 | FA | 0.00 | 23,000.00 |
| 21. Interest in Reena Investments, LP Interest in Reena Investments, LP, which owns a 50% interest in the building located at 1053 S. Austin Blvd., Chicago, IL.  Reena Investments made a $185,000 investment in Austin Fillmore, LLC (passive LLC interest). | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 22. 49% interest in Reena Solitude, LP 49% interest in Reena Solitude, LP, which owns a 100% interest in the property located at Eagle Spring East, Unit 302, Solitude, UT. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 23. 49% interest in Reena Galena LP 49% interest in Reena Galena LP, which owns a 100% interest in the property located at 7 Blue Ridge Court, Galena, IL. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| | | | | | | | |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 3

Exhibit A

Case No:   08-30836   PSH   Judge: PAMELA S. HOLLIS

Case Name:   GINSBERG, STEVEN FIELDING

Trustee Name:   CATHERINE STEEGE

Date Filed (f) or Converted (c):   11/12/08 (f)

341(a) Meeting Date:   12/19/08

Claims Bar Date:   06/07/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 24. 49% Interest in Reena Galena, LP <br> 49% interest in Reena Galena LP, which owns a 100% interest in LC-2 Long Bay Point located in Galena, IL. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 25. $25,000 investment in Eldorado Estates, LLC <br> $25,000 investment in Eldorado Estates, LLC Eldorado Mobile Home Park (passive LLC interest of 3.57%) | 0.00 | 0.00 | | 13,125.00 | FA | 0.00 | 0.00 |
| 26. $10,000 Investment in 2841 Partners, LLC <br> $10,000 investment in 2841 Partners, LLC (passive LLC interest of 4.761%). | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 27. 100% Intrst Law Offices of Steven F. Ginsberg LLC | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 28. 4 football season tickets to Chicago Bears <br> 4 football season tickets to the Chicago Bears; interest in Bulls and White Sox season tickets | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 29. $25,000 investment in Franklin Blvd Partners, LLC | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 18.32 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $493,965.00      $180,000.00            $58,911.87            $0.00      $0.00      $299,900.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-30836   PSH   Judge: PAMELA S. HOLLIS | Trustee Name:   CATHERINE STEEGE |
| Case Name: | GINSBERG, STEVEN FIELDING | Date Filed (f) or Converted (c):   11/12/08 (f) |
| | | 341(a) Meeting Date:   12/19/08 |
| | | Claims Bar Date:   06/07/10 |

Liquidation of Assets.

Initial Projected Date of Final Report (TFR): 12/30/10      Current Projected Date of Final Report (TFR): 06/30/14

Page: 1

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        08-30836  -PSH
Case Name:      GINSBERG, STEVEN FIELDING

Taxpayer ID No:  *******6933
For Period Ending:  05/02/14

Trustee Name:              CATHERINE STEEGE
Bank Name:                 ASSOCIATED BANK
Account Number / CD #:     *******9172  Associated Bank Checking Account

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,427.20 | | 33,427.20 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.61 | 33,406.59 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.29 | 33,385.30 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.58 | 33,364.72 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.26 | 33,343.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.57 | 33,293.89 |
| 02/22/13 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | Bond Payment | 2300-000 | | 28.85 | 33,265.04 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.71 | 33,220.33 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.39 | 33,170.94 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.72 | 33,123.22 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.24 | 33,073.98 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.59 | 33,026.39 |

Page Subtotals        33,427.20        400.81

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Ver: 17.05d

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    2

Exhibit B

| Case No: | 08-30836 -PSH | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | GINSBERG, STEVEN FIELDING | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9172  Associated Bank Checking Account |
| Taxpayer ID No: | *******6933 | | |
| For Period Ending: | 05/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.10 | 32,977.29 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.03 | 32,928.26 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.38 | 32,880.88 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.88 | 32,832.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.24 | 32,784.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.74 | 32,736.02 |
| 02/03/14 | 003002 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA  70139 | Blanket Bond | 2300-000 | | 25.10 | 32,710.92 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.67 | 32,662.25 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.87 | 32,618.38 |
| 04/07/14 | 10 | STEVEN F. GINSBERG 400 FOREST AVE OAK PARK, IL 60302-2014 | Partnership | 1121-000 | 25,000.00 | | 57,618.38 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.49 | 57,569.89 |

Page Subtotals          25,000.00          456.50

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-30836 -PSH | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GINSBERG, STEVEN FIELDING | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9172  Associated Bank Checking Account |
| Taxpayer ID No: | *******6933 | | |
| For Period Ending: | 05/02/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 58,427.20 | 857.31 | 57,569.89 |
| | | | Less:  Bank Transfers/CD's | | 33,427.20 | 0.00 | |
| | | | Subtotal | | 25,000.00 | 857.31 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 25,000.00 | 857.31 | |

Page Subtotals        0.00        0.00

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Ver: 17.05d

LFORM24

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 08-30836  -PSH | |
| Case Name: | GINSBERG, STEVEN FIELDING | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5663  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 05/02/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/09 | 25 | Steven Ginsberg<br>Heather Moore<br>400 Forest Avenue<br>Oak Park, IL  60302 | Distribution from Eldorado Estates | 1129-000 | 13,125.00 | | 13,125.00 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 13,125.02 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,125.12 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,125.24 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.29 | | 13,125.53 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,125.86 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,126.19 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,126.52 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,126.85 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,127.17 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,127.50 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,127.82 |

| | | | Page Subtotals | | 13,127.82 | 0.00 | |

FORM 2                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 08-30836 -PSH |
| Case Name: | GINSBERG, STEVEN FIELDING |
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 05/02/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5663  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,128.15 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,128.48 |
| 02/08/10 | | Transfer to Acct #*******3718 | Bank Funds Transfer | 9999-000 | | 10.50 | 13,117.98 |
| 02/24/10 | 10 | Steven F. Ginsberg<br>Heather Moore<br>400 Forest Avenue<br>Oak Park, IL  60302-2014 | Levenfeld Pearlstein Capital | 1121-000 | 20,768.55 | | 33,886.53 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 33,886.83 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.86 | | 33,887.69 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,888.53 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,889.39 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,890.23 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,891.09 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.87 | | 33,891.96 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,892.80 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,893.66 |

| | | |
|---|---|---|
| Page Subtotals | 20,776.34 | 10.50 |

FORM 2
Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 08-30836  -PSH |
| Case Name: | GINSBERG, STEVEN FIELDING |
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 05/02/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5663  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,894.50 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,895.36 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,896.22 |
| 02/09/11 | 000301 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | Bond Premium | 2300-000 | | 13.75 | 33,882.47 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,882.73 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,883.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,883.29 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 33,883.59 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,883.87 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,884.15 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 33,884.45 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,884.73 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,885.02 |

Page Subtotals                    5.11          13.75

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 08-30836 -PSH |
| Case Name: | GINSBERG, STEVEN FIELDING |
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 05/02/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5663  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.17 | 33,841.85 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,842.13 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.72 | 33,800.41 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,800.69 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.67 | 33,759.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 33,759.32 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.27 | 33,715.05 |
| 02/06/12 | | Transfer to Acct #*******3718 | Bank Funds Transfer | 9999-000 | | 28.12 | 33,686.93 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,687.20 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.04 | 33,647.16 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,647.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.37 | 33,606.07 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 33,606.35 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.70 | 33,563.65 |
| | | | | | | | |

| | | | | |
|---|---|---|---|---|
| | | Page Subtotals | 1.69 | 323.06 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Ver: 17.05d

FORM 2                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit B

| Case No: | 08-30836  -PSH | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GINSBERG, STEVEN FIELDING | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5663  BofA - Money Market Account |
| Taxpayer ID No: | *******6933 | | |
| For Period Ending: | 05/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,563.93 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.64 | 33,521.29 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,521.56 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.84 | 33,481.72 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,482.01 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.91 | 33,438.10 |
| 08/07/12 | | Transfer to Acct #*******3718 | Bank Funds Transfer | 9999-000 | | 0.01 | 33,438.09 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 33,438.16 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 10.96 | 33,427.20 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,427.20 | 0.00 |

| | | | | Page Subtotals | 0.91 | 33,564.56 | |

FORM 2                                                                                                          Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit B

Case No:          08-30836  -PSH                         Trustee Name:          CATHERINE STEEGE
Case Name:        GINSBERG, STEVEN FIELDING              Bank Name:             BANK OF AMERICA, N.A.
                                                         Account Number / CD #:  *******5663  BofA - Money Market Account
Taxpayer ID No:   *******6933
For Period Ending: 05/02/14                              Blanket Bond (per case limit):  $  5,000,000.00
                                                         Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,911.87 | 33,911.87 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 33,465.83 | |
| | | | Subtotal | | 33,911.87 | 446.04 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 33,911.87 | 446.04 | |

Page Subtotals                          0.00              0.00

LFORM24                                                                                                        Ver: 17.05d

FORM 2

Page:    10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-30836  -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GINSBERG, STEVEN FIELDING | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3718  BofA - Checking Account |
| Taxpayer ID No: | *******6933 | | | |
| For Period Ending: | 05/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | Transfer from Acct #*******5663 | Bank Funds Transfer | 9999-000 | 10.50 | | 10.50 |
| 02/08/10 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | 10.50 | 0.00 |
| 02/06/12 | | Transfer from Acct #*******5663 | Bank Funds Transfer | 9999-000 | 28.12 | | 28.12 |
| 02/06/12 | 003002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | 28.12 | 0.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | -0.01 |
| 08/07/12 | | Transfer from Acct #*******5663 | Bank Funds Transfer | 9999-000 | 0.01 | | 0.00 |

| | | | | Page Subtotals | 38.63 | 38.63 | |

LFORM24

Ver: 17.05d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 11

Exhibit B

| | |
|---|---|
| Case No: | 08-30836 -PSH |
| Case Name: | GINSBERG, STEVEN FIELDING |
| | |
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 05/02/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3718  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 38.63 | 38.63 | 0.00 |
| | Less: Bank Transfers/CD's | 38.63 | 0.00 | |
| | Subtotal | 0.00 | 38.63 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 38.63 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Associated Bank Checking Account - *******9172 | 25,000.00 | 857.31 | 57,569.89 |
| BofA - Money Market Account - *******5663 | 33,911.87 | 446.04 | 0.00 |
| BofA - Checking Account - *******3718 | 0.00 | 38.63 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 58,911.87 | 1,341.98 | 57,569.89 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

LFORM24          **UST Form 101-7-TFR (5/1/2011)** *(Page: 17)*                                                                    Ver: 17.05d

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 22, 2014 |
|---|---|---|---|---|---|---|

Case Number: 08-30836

Debtor Name: GINSBERG, STEVEN FIELDING

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100 | CATHERINE STEEGE, TRUSTEE<br>JENNER & BLOCK LLP<br>353 N. CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $6,195.59 | $6,195.59 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $38.85 | $38.85 |
| 000003<br>070<br>7100-00 | ALFRED N. KOPLIN<br>DLA PIPER LLP (US)<br>C/O TIMOTHY W. BRINK AND<br>JAMES R. IRVING<br>203 NORTH LASALLE STREET STE<br>1900<br>CHICAGO , IL 60601 | Unsecured | | $0.00 | $4,659,689.49 | $4,659,689.49 |
| 000004<br>070<br>7100-00 | REPUBLIC BANK OF CHICAGO<br>C/O EDWARD P. FREUD, ESQ.<br>222 N. LASALLE STREET<br>SUITE 700<br>CHICAGO, IL 60601<br>312-602-4890 | Unsecured | (4-1) CLAIMED BASED UPON MONEY LOANED | $0.00 | $36,330.44 | $36,330.44 |
| 000005<br>070<br>7100-00 | ROBERT J. BOBB<br>C/O PEDERSEN &<br>HOUPT/HOLTZMAN<br>161 N. CLARK STREET<br>SUITE 3100<br>CHICAGO, IL 60601 | Unsecured | (5-1) CONTRIBUTIONI AGREEMENT | $0.00 | $400,000.00 | $400,000.00 |
| 000001<br>050<br>4110-00 | NATIONAL CITY BANK<br>THOMAS J. DILLON, MCFADDEN<br>& DILLON<br>120 S. LASALLE SUITE 1335<br>CHICAGO, IL 60603 | Secured | (1-1) <MODIFIED 3/19/2009> TO UPDATE ADDRESS TO MATCH PDF.<br>WITHDRAWN | $0.00 | $350,170.71 | $0.00 |
| 000002<br>050<br>4110-00 | NATIONAL CITY BANK<br>THOMAS J. DILLON, MCFADDEN<br>& DILLON<br>120 S. LASALLE SUITE 1335<br>CHICAGO, IL 60603 | Secured | (2-1) <MODIFIED 3/19/2009> TO UPDATE ADDRESS TO MATCH PDF.<br>WITHDRAWN | $0.00 | $780,625.04 | $0.00 |
| | Case Totals: | | | $0.00 | $6,233,050.12 | $5,102,254.37 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-30836 PSH
Case Name: GINSBERG, STEVEN FIELDING
Trustee Name: CATHERINE STEEGE

Balance on hand                                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $                have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | ALFRED N. KOPLIN | $ | $ | $ |
| 000004 | REPUBLIC BANK OF CHICAGO | $ | $ | $ |
| 000005 | ROBERT J. BOBB | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE