# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GINSBERG, STEVEN FIELDING § Case No. 08-30836 PSH
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on June 24, 2014, in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____ By: CLERK OF THE U.S. BANKRUPTCY COURT

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GINSBERG, STEVEN FIELDING § Case No. 08-30836 PSH
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 58,911.87 |
| and approved disbursements of | $ 1,341.98 |
| leaving a balance on hand of[1] | $ 57,569.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 6,195.59 | $ 0.00 | $ 6,195.59 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 38.85 | $ 38.85 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,195.59 |
| Remaining Balance | | | $ 51,374.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,096,019.93 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | ALFRED N. KOPLIN DLA PIPER LLP (US) C/O TIMOTHY W. BRINK AND JAMES R. IRVING 203 NORTH LASALLE STREET STE 1900 CHICAGO , IL 60601 | $ 4,659,689.49 | $ 0.00 | $ 46,975.54 |
| 000004 | REPUBLIC BANK OF CHICAGO C/O EDWARD P. FREUD, ESQ. 222 N. LASALLE STREET SUITE 700 CHICAGO, IL 60601 312-602-4890 | $ 36,330.44 | $ 0.00 | $ 366.26 |
| 000005 | ROBERT J. BOBB C/O PEDERSEN & HOUPT/HOLTZMAN 161 N. CLARK STREET SUITE 3100 CHICAGO, IL 60601 | $ 400,000.00 | $ 0.00 | $ 4,032.50 |

Total to be paid to timely general unsecured creditors $ 51,374.30

Remaining Balance $ 0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Steven Fielding Ginsberg
    Debtor

Case No. 08-30836-PSH
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1       User: dpruitt       Page 1 of 2       Date Rcvd: May 27, 2014
                       Form ID: pdf006      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2014.

```
db             +Steven Fielding Ginsberg,    400 Forest Avenue,    Oak Park, IL 60302-2014
12858201       +Alfred Koplin,    c/o Baker & McKenzie,    One Prudential Plaza,    130 East Randolph Drive,
                 Chicago, IL 60601-6209
13537079       +Alfred N. Koplin,    DLA Piper LLP (US),    C/O Timothy W. Brink and James R. Irving,
                 203 North LaSalle Street Ste 1900,    Chicago , IL 60601-1263
12858200       +Brett Klotz,    500 W. Superior Street,    Chicago, IL 60654-8132
12858198       +Citibank Ready Credit,    PO Box 209009,    Brooklyn, NY 11220
13518127       +DLA Piper LLP (US),    Timothy W. Brink & James R.Irving,    203 North LaSalle Street, Suite 1900,
                 Chicago, IL 60601-1263
12858204       +Daniel Mahru,    c/o Belonjia & Shapiro,    Mark Belonjia,    53 W. Jackson Blvd., Suite 315,
                 Chicago, IL 60604-3692
12858205       +Heather Moore,    400 Forest Avenue,    Oak Park, IL 60302-2014
12858210        John Thomas,    c/o Red Rock CapRealty,    500 W. Adams Street,    Suite 210,    Chicago, IL 60661
12858199       +Louis Giordano,    c/o James Wolf, Esq.,    33 N. Dearborn Street,    Suite 800,
                 Chicago, IL 60602-3194
12858208        National City Bank,    PO Box 54828,    Los Angeles, CA 90054-0828
12858207       +National City Bank,    Thomas J. Dillon, McFadden & Dillon,    120 S. LaSalle Suite 1335,
                 Chicago, IL 60603-3581
12858206       +National City Mortgage,    Thomas J. Dillon, McFadden & Dillon P.C.,    120 S. LaSalle Suite 1335,
                 Chicago ,IL 60603-3581
12858209       +Republic Bank,    2221 Camden Ct. #1,    Oak Brook, IL 60523-4516
15644985       +Republic Bank of Chicago,    c/o Edward P. Freud, Esq.,    222 N. LaSalle Street,    Suite 700,
                 Chicago, IL 60601-1024,    312-602-4890
12858197       +Robert J. Bobb,    c/o Pedersen & Houpt/Holtzman,    161 N. Clark Street,    Suite 3100,
                 Chicago, IL 60601-3242
12858202       +Stephen J. Livaditis,    Eastdil,    111 S. Wacker Drive,    Suite 3340,    Chicago, IL 60606-4719
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12858203       +E-mail/Text: jfriedland@lplegal.com May 28 2014 01:02:20     Levenfeld Pearlstein, LLC,
                 Attn: Steven F. Ginsberg,    2 N. LaSalle Street,    Suite 1300,    Chicago, IL 60602-3709
                                                                                               TOTAL: 1
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2014                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2014 at the address(es) listed below:

```
              Catherine L. Steege, ESQ    csteege@jenner.com, csteege@ecf.epiqsystems.com
              Elizabeth Gayle Peterson    on behalf of Creditor Robert  Bobb egp588l@gmail.com,
               docket@fslc.com;bkdocket@fslc.com
              James H Wolf    on behalf of Plaintiff Steven  Livaditis jhwolf@wolfandtennant.com
              James R Irving    on behalf of Plaintiff Alfred N Koplin jim.irving@dlapiper.com,
               timothy.walsh@dlapiper.com;;lawrence.uchill@dlapiper.com;;william.coleman@dlapiper.com;;jason.kar
               affa@dlapiper.com;;docketingchicag@dlapiper.com
              Lawrence W. Byrne    on behalf of Creditor Robert  Bobb lbyrne@pedersenhoupt.com,
               njohnston@pedersenhoupt.com;ccastro@pedersenhoupt.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald  Barliant    on behalf of Defendant Steven Fielding Ginsberg
               ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
              Ronald  Barliant    on behalf of Debtor Steven Fielding Ginsberg ronald.barliant@goldbergkohn.com,
               kristina.bunker@goldbergkohn.com
              Thomas J. Dillon    on behalf of Creditor   NATIONAL CITY BANK mcfaddendillonlaw@ameritech.net
              Timothy J Somen    on behalf of Creditor   NATIONAL CITY BANK t.somen@mcdillaw.com
              Timothy W Brink    on behalf of Plaintiff Alfred N Koplin tbrink@mpslaw.com, dnichols@mpslaw.com
```

```
District/off: 0752-1           User: dpruitt              Page 2 of 2              Date Rcvd: May 27, 2014
                               Form ID: pdf006            Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Timothy W Brink    on behalf of Creditor Alfred N Koplin tbrink@mpslaw.com, dnichols@mpslaw.com
                                                                                                                TOTAL: 12