# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
GINSBERG, STEVEN FIELDING §   Case No. 08-30836
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/CATHERINE STEEGE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | NATIONAL CITY BANK |  |  |  |  |  |
| 000001 | NATIONAL CITY BANK |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ALFRED N. KOPLIN | | | | | |
| 000004 | REPUBLIC BANK OF CHICAGO | | | | | |
| 000005 | ROBERT J. BOBB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-30836 | PSH | Judge: PAMELA S. HOLLIS |
|---|---|---|---|

Case Name:   GINSBERG, STEVEN FIELDING

For Period Ending:  09/08/14

Trustee Name:   CATHERINE STEEGE

Date Filed (f) or Converted (c):   11/12/08 (f)

341(a) Meeting Date:   12/19/08

Claims Bar Date:   06/07/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 2. Citibank Joint Checking Account #xxxx8477 | 3,000.00 | 0.00 | | 0.00 | FA |
| 3. National City Bank Joint Checking account #xx8722 | 100.00 | 0.00 | | 0.00 | FA |
| 4. National City Bank Joint Checking #xxx5302 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Television, couch and chairs | 6,000.00 | 0.00 | | 0.00 | FA |
| 6. Paintings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Suits | 400.00 | 0.00 | | 0.00 | FA |
| 8. Ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Golf Clubs, Bicycles | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Capital Account at Levenfeld Pearlstein LLC | 180,000.00 | 180,000.00 | | 45,768.55 | FA |
| 11. 2005 Volvo SUV | 8,165.00 | 0.00 | | 0.00 | FA |
| 12. NW Mutual #16480113 | 2,000.00 | 0.00 | | 0.00 | FA |
| 13. NW Mututal #15838569 | 5,000.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No: | 08-30836   PSH   Judge: PAMELA S. HOLLIS |
| Case Name: | GINSBERG, STEVEN FIELDING |

| Trustee Name: | CATHERINE STEEGE |
| Date Filed (f) or Converted (c): | 11/12/08 (f) |
| 341(a) Meeting Date: | 12/19/08 |
| Claims Bar Date: | 06/07/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. NW Mutual #15338601 | | 0.00 | 0.00 | | 0.00 | FA |
| 15. Banner #178802140 | | 0.00 | 0.00 | | 0.00 | FA |
| 16. BrightStart for Son #5000076436 | | 61,000.00 | 0.00 | | 0.00 | FA |
| 17. BrightStart for daughter #5000068908 | | 22,000.00 | 0.00 | | 0.00 | FA |
| 18. Levenfeld Pearlstein Retirement Plan | | 100,000.00 | 0.00 | | 0.00 | FA |
| 19. National City Bank IRA | | 80,000.00 | 0.00 | | 0.00 | FA |
| 20. Fidelity IRA | | 23,000.00 | 0.00 | | 0.00 | FA |
| 21. Interest in Reena Investments, LP   Interest in Reena Investments, LP, which owns a 50% interest in the building located at 1053 S. Austin Blvd., Chicago, IL.  Reena Investments made a $185,000 investment in Austin Fillmore, LLC (passive LLC interest). | | 0.00 | 0.00 | | 0.00 | FA |
| 22. 49% interest in Reena Solitude, LP   49% interest in Reena Solitude, LP, which owns a 100% interest in the property located at Eagle Spring East, Unit 302, Solitude, UT. | | 0.00 | 0.00 | | 0.00 | FA |
| 23. 49% interest in Reena Galena LP   49% interest in Reena Galena LP, which owns a 100% interest in the | | 0.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   3

Exhibit 8

| Case No: | 08-30836   PSH   Judge: PAMELA S. HOLLIS | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | GINSBERG, STEVEN FIELDING | | Date Filed (f) or Converted (c): | 11/12/08 (f) |
| | | | 341(a) Meeting Date: | 12/19/08 |
| | | | Claims Bar Date: | 06/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| property located at 7 Blue Ridge Court, Galena, IL. | | | | | |
| 24. 49% Interest in Reena Galena, LP<br><br>49% interest in Reena Galena LP, which owns a 100% interest in LC-2 Long Bay Point located in Galena, IL. | 0.00 | 0.00 | | 0.00 | FA |
| 25. $25,000 investment in Eldorado Estates, LLC<br><br>$25,000 investment in Eldorado Estates, LLC Eldorado Mobile Home Park (passive LLC interest of 3.57%) | 0.00 | 0.00 | | 13,125.00 | FA |
| 26. $10,000 Investment in 2841 Partners, LLC<br><br>$10,000 investment in 2841 Partners, LLC (passive LLC interest of 4.761%). | 0.00 | 0.00 | | 0.00 | FA |
| 27. 100% Intrst Law Offices of Steven F. Ginsberg LLC | 0.00 | 0.00 | | 0.00 | FA |
| 28. 4 football season tickets to Chicago Bears<br><br>4 football season tickets to the Chicago Bears; interest in Bulls and White Sox season tickets | 0.00 | 0.00 | | 0.00 | FA |
| 29. $25,000 investment in Franklin Blvd Partners, LLC | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 18.32 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $493,965.00   $180,000.00   $58,911.87   $0.00

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   4

Exhibit 8

| Case No: | 08-30836 | PSH | Judge: PAMELA S. HOLLIS |
|---|---|---|---|
| Case Name: | GINSBERG, STEVEN FIELDING | | |

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Date Filed (f) or Converted (c): | 11/12/08 (f) |
| 341(a) Meeting Date: | 12/19/08 |
| Claims Bar Date: | 06/07/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report Approved 6/24/14

Initial Projected Date of Final Report (TFR): 12/30/10      Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-30836  -PSH |
| Case Name: | GINSBERG, STEVEN FIELDING |
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 09/08/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9172  Associated Bank Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 33,427.20 | | 33,427.20 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.61 | 33,406.59 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.29 | 33,385.30 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.58 | 33,364.72 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.26 | 33,343.46 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.57 | 33,293.89 |
| 02/22/13 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | Bond Payment | 2300-000 | | 28.85 | 33,265.04 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.71 | 33,220.33 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.39 | 33,170.94 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.72 | 33,123.22 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.24 | 33,073.98 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.59 | 33,026.39 |

| | | |
|---|---|---|
| Page Subtotals | 33,427.20 | 400.81 |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 08-30836  -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GINSBERG, STEVEN FIELDING | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9172  Associated Bank Checking Account |
| Taxpayer ID No: | *******6933 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.10 | 32,977.29 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.03 | 32,928.26 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.38 | 32,880.88 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.88 | 32,832.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 47.24 | 32,784.76 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.74 | 32,736.02 |
| 02/03/14 | 003002 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA  70139 | Blanket Bond | 2300-000 | | 25.10 | 32,710.92 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.67 | 32,662.25 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.87 | 32,618.38 |
| 04/07/14 | 10 | STEVEN F. GINSBERG 400 FOREST AVE OAK PARK, IL 60302-2014 | Partnership | 1121-000 | 25,000.00 | | 57,618.38 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.49 | 57,569.89 |
| 06/25/14 | 003003 | CATHERINE STEEGE, TRUSTEE JENNER & BLOCK LLP | FINAL DISTRIBUITON | 2100-000 | | 6,195.59 | 51,374.30 |

| | Page Subtotals | 25,000.00 | 6,652.09 |
|---|---|---|---|

Ver: 18.01

Page:  3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 08-30836 -PSH | | Trustee Name: | CATHERINE STEEGE | |
| Case Name: | GINSBERG, STEVEN FIELDING | | Bank Name: | ASSOCIATED BANK | |
| | | | Account Number / CD #: | *******9172  Associated Bank Checking Account | |
| Taxpayer ID No: | *******6933 | | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 353 N. CLARK STREET CHICAGO, IL 60654-3456 | | | | | |
| 06/25/14 | 003004 | ALFRED N. KOPLIN | FINAL DISTRIBUTION - Claim #3 | 7100-000 | | 46,975.54 | 4,398.76 |
| 06/25/14 | 003005 | REPUBLIC BANK OF CHICAGO | FINAL DISTRIBUTION - Claim #4 | 7100-000 | | 366.26 | 4,032.50 |
| 06/25/14 | 003006 | ROBERT J. BOBB | FINAL DISTRIBUTION - Claim #5 | 7100-000 | | 4,032.50 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 58,427.20 | 58,427.20 | 0.00 |
| Less: Bank Transfers/CD's | 33,427.20 | 0.00 | |
| Subtotal | 25,000.00 | 58,427.20 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 25,000.00 | 58,427.20 | |

Page Subtotals                  0.00            51,374.30

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Page: 4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-30836 -PSH |
| Case Name: | GINSBERG, STEVEN FIELDING |
| | |
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 09/08/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5663  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/09 | 25 | Steven Ginsberg<br>Heather Moore<br>400 Forest Avenue<br>Oak Park, IL  60302 | Distribution from Eldorado Estates | 1129-000 | 13,125.00 | | 13,125.00 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 13,125.02 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,125.12 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,125.24 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.29 | | 13,125.53 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,125.86 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,126.19 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,126.52 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,126.85 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,127.17 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,127.50 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,127.82 |

Page Subtotals     13,127.82     0.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-30836 -PSH |
| Case Name: | GINSBERG, STEVEN FIELDING |
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 09/08/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5663  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,128.15 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,128.48 |
| 02/08/10 | | Transfer to Acct #*******3718 | Bank Funds Transfer | 9999-000 | | 10.50 | 13,117.98 |
| 02/24/10 | 10 | Steven F. Ginsberg<br>Heather Moore<br>400 Forest Avenue<br>Oak Park, IL  60302-2014 | Levenfeld Pearlstein Capital | 1121-000 | 20,768.55 | | 33,886.53 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 33,886.83 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.86 | | 33,887.69 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,888.53 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,889.39 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,890.23 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,891.09 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.87 | | 33,891.96 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,892.80 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,893.66 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 20,776.34 | 10.50 | |

Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| Case No: | 08-30836 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GINSBERG, STEVEN FIELDING | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5663  BofA - Money Market Account |
| Taxpayer ID No: | *******6933 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.84 | | 33,894.50 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,895.36 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.86 | | 33,896.22 |
| 02/09/11 | 000301 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA  70139 | Bond Premium | 2300-000 | | 13.75 | 33,882.47 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,882.73 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,883.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,883.29 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 33,883.59 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,883.87 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,884.15 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 33,884.45 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,884.73 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,885.02 |

Page Subtotals     5.11     13.75

Ver: 18.01

FORM 2

Page:   7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        08-30836  -PSH
Case Name:   GINSBERG, STEVEN FIELDING

Trustee Name:            CATHERINE STEEGE
Bank Name:               BANK OF AMERICA, N.A.
Account Number / CD #:   *******5663  BofA - Money Market Account

Taxpayer ID No:  *******6933
For Period Ending:  09/08/14

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.17 | 33,841.85 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,842.13 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.72 | 33,800.41 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,800.69 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.67 | 33,759.02 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 33,759.32 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.27 | 33,715.05 |
| 02/06/12 | | Transfer to Acct #*******3718 | Bank Funds Transfer | 9999-000 | | 28.12 | 33,686.93 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,687.20 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 40.04 | 33,647.16 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,647.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 41.37 | 33,606.07 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.28 | | 33,606.35 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.70 | 33,563.65 |
| | | | | | | | |

Page Subtotals                 1.69        323.06

Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  8

Exhibit 9

| Case No: | 08-30836  -PSH | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | GINSBERG, STEVEN FIELDING | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5663  BofA - Money Market Account |
| Taxpayer ID No: | *******6933 | | |
| For Period Ending: | 09/08/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,563.93 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 42.64 | 33,521.29 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,521.56 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 39.84 | 33,481.72 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,482.01 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.91 | 33,438.10 |
| 08/07/12 | | Transfer to Acct #*******3718 | Bank Funds Transfer | 9999-000 | | 0.01 | 33,438.09 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 33,438.16 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 10.96 | 33,427.20 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 33,427.20 | 0.00 |

| | | Page Subtotals | 0.91 | 33,564.56 |
|---|---|---|---|---|

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2   Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-30836 -PSH | |
| Case Name: | GINSBERG, STEVEN FIELDING | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5663  BofA - Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******6933 |
| For Period Ending: | 09/08/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 33,911.87 | 33,911.87 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 33,465.83 | |
| | | | Subtotal | | 33,911.87 | 446.04 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 33,911.87 | 446.04 | |

Page Subtotals                           0.00                    0.00

Ver: 18.01

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-30836  -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GINSBERG, STEVEN FIELDING | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3718  BofA - Checking Account |
| Taxpayer ID No: | *******6933 | | | |
| For Period Ending: | 09/08/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/10 | | Transfer from Acct #*******5663 | Bank Funds Transfer | 9999-000 | 10.50 | | 10.50 |
| 02/08/10 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | 10.50 | 0.00 |
| 02/06/12 | | Transfer from Acct #*******5663 | Bank Funds Transfer | 9999-000 | 28.12 | | 28.12 |
| 02/06/12 | 003002 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA  70139 | Bond # 016026455 | 2300-000 | | 28.12 | 0.00 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | -0.01 |
| 08/07/12 | | Transfer from Acct #*******5663 | Bank Funds Transfer | 9999-000 | 0.01 | | 0.00 |

|  |  | | | Page Subtotals | 38.63 | 38.63 | |

Ver: 18.01

FORM 2

Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          08-30836  -PSH
Case Name:     GINSBERG, STEVEN FIELDING

Trustee Name:                              CATHERINE STEEGE
Bank Name:                                 BANK OF AMERICA, N.A.
Account Number / CD #:              *******3718  BofA - Checking Account

Taxpayer ID No:    *******6933
For Period Ending:  09/08/14

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | | | COLUMN TOTALS | | 38.63 | 38.63 | 0.00 |
|  | | | Less:  Bank Transfers/CD's | | 38.63 | 0.00 | |
|  | | | Subtotal | | 0.00 | 38.63 | |
|  | | | Less:  Payments to Debtors | | | 0.00 | |
|  | | | Net | | 0.00 | 38.63 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Associated Bank Checking Account - *******9172 | 25,000.00 | 58,427.20 | 0.00 |
| BofA - Money Market Account - ********5663 | 33,911.87 | 446.04 | 0.00 |
| BofA - Checking Account - ********3718 | 0.00 | 38.63 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 58,911.87 | 58,911.87 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 22)*